# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BRANDYN WILLIAM GAYLER,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 70662 |

**FILED**

SEP 1 2 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se notice of appeal from a district court order denying a motion for relief from judgment based upon fraud on the court and denying a motion for leave to supplement motion for relief from judgment. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

cc: Hon. Eric Johnson, District Judge
Brandyn William Gayler
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-28213